### J. T. RAY v. THE STATE.

#### No. 5203. Decided November 20, 1918.

**Murder—Sufficiency of the Evidence—Self-defense.**

In the absence of bills of exception to the evidence or charge of the court, the judgment must be affirmed, as the evidence supports the conviction, the jury disregarding the theory of self-defense.

Appeal from the District Court of Bexar.  Tried below before the Hon. W. S. Anderson.

Appeal from a conviction of murder; penalty, twenty-five years imprisonment in the penitentiary.

The opinion states the case.

*Carlos Bee,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of murder, the jury assessing his punishment at twenty-five years in the penitentiary.

This is a fact case, without bills of exception either to the introduction or rejection of testimony, or to the charges of the court. The evidence is fully sufficient to support the verdict of the jury. Appellant's theory of his case was self-defense. The jury, however, disregarded his view of it and found him guilty. We deem it unnecessary to review the facts. They would be of no practical utility to the bar and bench, and, therefore, the facts are not collated.

The judgment will be affirmed.

*Affirmed.*